```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA        )
                                )       CIVIL ACTION NO.
        v.                      )       05-10894-NG
                                )
CALVIN PARKER,                  )
        Defendant.              )
```

**GOVERNMENT'S SECOND MOTION TO EXTEND BY ANOTHER 14 DAYS THE GOVERNMENT'S TIME WITHIN WHICH TO RESPOND TO CALVIN PARKER'S MOTION PURSUANT TO 28 U.S.C. §2255**

Now comes the United States of America, by and through the undersigned counsel, and hereby moves for a further 14-day extension, from June 29, 2005 until July 13, 2005, of the government's time within which to respond to Calvin Parker's motion pursuant to 28 U.S.C. §2255. In support of its motion, the government sets forth the following:

1.  This Court previously granted the government's initial motion to extend until June 29, 2005 its time within which to respond to Calvin Parker's Section 2255 motion. That motion was based, at least in part, on the need to obtain input from Attorney Julianne Balliro, Parker's defense counsel at the time of his sentencing, concerning Parker's allegations concerning her failure to file a notice of appeal.

2.  While the government shared a copy of Parker's pleadings with Attorney Balliro and made initial contact with her, her ability to focus on this matter has been impeded by her participation in a recent jury trial, jury deliberations which may

have gone longer than was originally anticipated, and the fact that her files recently were moved from one law firm to another.

    3.    While Attorney Balliro expects to be able to get back to the undersigned soon, AUSA Hamilton himself will be on annual leave for two days immediately following next week's July 4 holiday. Accordingly, based on recent e-mail correspondence with Attorney Balliro, the government anticipates that Attorney Balliro will be able to complete her contribution to this matter by Wednesday, July 13, 2005.

    For all the foregoing reasons, the Unites States of America respectfully requests that this Honorable Court grant its motion by extending until July 13, 2005 the government's time within which to respond to Parker's Section 2255 motion.

                                   Respectfully submitted,

                                   MICHAEL J. SULLIVAN
                                   UNITED STATES ATTORNEY

                       By:   *s/Patrick M. Hamilton/*
                             PATRICK M. HAMILTON
                             ASSISTANT U.S. ATTORNEY
                             One Courthouse Way
                             Boston, MA 02210
Date: July 1, 2005             (617) 748-3100

## CERTIFICATE OF SERVICE

    I, Patrick M. Hamilton, do hereby certify that a copy of the foregoing was served this date by first-class mail upon Calvin Parker, Reg. No. 22157-038, USP Lewisburg, P.O. Box 1000, Lewisburg, PA 17837.

Date: July 1, 2005                    *s/Patrick M. Hamilton/*
                                        Patrick M. Hamilton