UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CALVIN PARKER,
      Defendant
V.
UNITED STATES OF AMERICA

Civil Action No.
05-10894-NG

Petitioner motion for an extension of time until 8/18/05 to respond to the United States Government Opposition

Now comes the petitioner, CALVIN PARKER, pro-se, who respectfully request that this Honorable Court grant him an enlargement of time of thirty (30) days, up to and until, August 18, 2005 to respond to the U.S. Government opposition to defendant 28 U.S.C. § 2255 motion.

Petitioner files this motion pursuant to Fed. R. of Criminal. Proc. 6(B). Petitioner submits his affidavit in support of this matter, wherefor petitioner request that this Court grant and order this motion for enlargement of (30) days.

Respectfully submitted
Calvin Parker