UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CALVIN PARKER, Petitioner

v.

UNITED STATES OF AMERICA
Respondent

CASE NO. 05-10894n.
D.C.J. Nancy Gertner

CALVIN PARKER'S AFFIDAVIT in Support of motion for enlargement of time to Respond by 8/18/05

1) On or about the U.S. Government filed a motion asking for an enlargement of time from 6/29/05 which was granted, and extended to 7/14/05 to respond and oppose the ground the defendant filed on, in the defendant 2255.

2) The defendant just legally obtained the opposition on 7/18/05 from the Federal officer in charge of handling the certified mail, and due to security reasons defendant has been unable to come in contact with copy machine, typewriter in the law library.

Signed under pain and penalties of perjury this 25th day of July.   Calvin Parker